# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mason R. Holbrook and
Diane L. Holbrook, his wife,
        Appellants

        v.                  :        No. 372 C.D. 2021

Pennsylvania Department of
Transportation

**PER CURIAM**                    **O R D E R**

      NOW, June 27, 2022, having considered Appellants' application for reargument, the application is denied.